THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY YALE, Appellant.—Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant, among others, of the crime of conspiracy, unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.